# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2017

156622(57)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

W. A. FOOTE MEMORIAL HOSPITAL, d/b/a
ALLEGIANCE HEALTH,
      Plaintiff-Appellant,

v

                                    SC: 156622
                                    COA: 333360

MICHIGAN ASSIGNED CLAIMS PLAN and
MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY,
      Defendants-Appellees,
and

JOHN DOE INSURANCE COMPANY,
      Defendant.

Kent CC: 15-008218-NF

_____/

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing an answer to the application for leave to appeal is GRANTED. The answer submitted on November 15, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk